**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 1:24-cv-23302-JB

NIGEL FRANK DE LA TORRE PARDO,

Plaintiff,

v.

MOHATRA INC.,

Defendant.

_________________________________/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, NIGEL DE LA TORRE PARDO, and Defendant, MOHATRA INC., hereby advise the Court that the parties have reached an agreement in principle to settle the instant case. The Parties will file a Stipulation dismissing this Action with prejudice no later than ten (10) days from the date of this Notice. Accordingly, the Parties, respectfully request that the Court vacate all currently set dates and deadlines in this case.

Respectfully submitted this November 15, 2024.

/s/ *Ramon J. Diego*
RAMON J. DIEGO
Florida Bar No. 689203
**THE LAW OFFICE OF RAMON J. DIEGO, P.A.**
5001 SW 74th Court, Suite 103
Miami, FL 33155
Telephone: (305) 350-3103
Email: ramon@rjdiegolaw.com
*Counsel for Plaintiff*

*/s/ Ricardo A. Gonzalez*
RICARDO A. GONZALEZ
Florida Bar No. 03670
**RG LAW GROUP, P.A.**
1989 NW 88th Court, Suite 101
Doral, Florida 33172
Telephone: (305) 591-8844
Email: ricardo@rglawfl.com
*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this November 15, 2024.

Respectfully submitted,

**THE LAW OFFICE OF RAMON J. DIEGO, P.A.**
*Attorneys for Plaintiff*
5001 SW 74th Court, Suite 103
Miami, FL, 33155
Telephone: (305) 350-3103
Primary E-Mail: ramon@rjdiegolaw.com

By: _*/s/_Ramon J. Diego*______
RAMON J. DIEGO